UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    CV 20-4787-DMG (KS)                                                                  Date: June 19, 2020

Title    *Brandon Che Lee v. Warden et al*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 28, 2020, Plaintiff, a federal prisoner proceeding *pro se*, filed a "criminal complaint" (the "Complaint"). (Dkt. No. 1.) The Complaint does not identify the relief Plaintiff seeks or the laws or constitutional provisions that Plaintiff believes have been violated. (*See generally id.*) Further, the Complaint consists primarily of allegations that inmates who are not named as defendants either poisoned Plaintiff's food or "fumbled [their] penis[es]" in front of him as well as allegations that, when Plaintiff tried to call his family, he received an automated message informing him that his name and voice do not match.

As such, the Complaint violates Rule 8 of the Federal Rules of Civil Procedure and is subject to dismissal for failure to state a claim upon which relief can be granted. *See* FED. R. CIV. P. 8; *United States ex rel. Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1059 (9th Cir. 2011) (complaint violates Rules 8 if a defendant would have difficulty understanding and responding to it); *see also* 28 U.S.C. § 1915A(b) (Congress requires district courts to dismiss civil rights complaints brought by prisoners if the court determines that the complaint, or any portion thereof, fails to state a claim upon which relief can be granted).

Also on May 28, 2020, the Court notified Plaintiff that he had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis*. (Dkt. No. 2.) More than three weeks have now passed and Plaintiff has not responded to the Court's notification. Accordingly, because Plaintiff has neither paid the filing fee nor obtained authorization to proceed without prepayment of the fee, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than July 10, 2020, why the action should not be dismissed.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-4787-DMG (KS)                                        Date: June 19, 2020

Title        *Brandon Che Lee v. Warden et al*

      To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed Without Prepayment of Filing Fees with Declaration in Support (CV-60P).  **To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the July 10, 2020 deadline.**

      **Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of his case.**[1]

      **IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |

---

[1] Plaintiff has now filed more than a half dozen complaints involving similar allegations in the past year, all of which have been dismissed for failure to either pay the filing fee or request to proceed *in forma pauperis*.  *See Brandon Che Lee v. Unknown*, CV 20-2381-DMG (KS) (May 26, 2020); *Brandon C. Lee v. Warden et al*, 2:19-cv-07744-DMG-KS (Nov. 8, 2019); *Brandon Che Lee v. Warden*, 2:19-cv-7746-DMG-KS (Nov. 8, 2019); *Brandon Che Lee v. Unknown*, No. 2:18-cv-09828-DMG-KS (Mar. 5, 2019); *Brandon Che Lee v. Warden et al*, No. 2:19-cv-02811-DMG-KS (Jun. 17, 2019); *Brandon Che Lee v. Warden et al*, No. 2:19-cv-04865-DMG-KS (Sept. 9, 2019); *Brandon Lee v. Unknown*, 2:19-cv-05503-DMG-KS (Aug. 20, 2019); *Brandon Che Lee v. FCI-TI Warden et al*, 2:19-cv-06117-DMG-KS (Nov. 8, 2019).